```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 07422
    DJUAN DAVIS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
          Debtor
    SSN XXX-XX-8070


-----------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      The case was filed on 03/28/2008 and was not confirmed.

      The case was dismissed without confirmation 09/11/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------

IL STATE DISBURSEMENT UN  PRIORITY         11780.25         .00            .00
AFNI INC                  UNSECURED        NOT FILED        .00            .00
ASSET ACCEPTANCE LLC      UNSECURED         1771.90         .00            .00
BARONS CREDITORS SERVICE  UNSECURED        NOT FILED        .00            .00
CAVALRY PORTFOLIO SERVIC  UNSECURED          529.19         .00            .00
CITY OF CHICAGO PARKING   UNSECURED        17660.00         .00            .00
COMPUTER CREDIT SERVICES  UNSECURED        NOT FILED        .00            .00
DEBT CREDIT SERVICES      UNSECURED        NOT FILED        .00            .00
HONOR FINANCE             UNSECURED          248.08         .00            .00
MIDLAND CREDIT MANAGEMEN  UNSECURED        NOT FILED        .00            .00
NCO FINANCIAL SYSTEMS     UNSECURED        NOT FILED        .00            .00
NCO FINANCIAL SYSTEM      UNSECURED        NOT FILED        .00            .00
NCO-MARLIN                UNSECURED        NOT FILED        .00            .00
AT&T WIRELESS             UNSECURED          178.04         .00            .00
PARK DANSAN               UNSECURED        NOT FILED        .00            .00
HONOR FINANCE             SECURED NOT I    6669.56          .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,474.00                      451.87
TOM VAUGHN                TRUSTEE                                         39.29
DEBTOR REFUND             REFUND                                            .00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                   491.16

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                    451.87
TRUSTEE COMPENSATION                               39.29
DEBTOR REFUND                                        .00
                        --------------    --------------
TOTALS                    491.16                  491.16


               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 07422 DJUAN DAVIS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 11/19/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |